UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUPER 8 MOTEL, )
) 
       Plaintiff, )
)
v. ) No. 04-30117-MAP
)
GREENFIELD POST OFFICE and )
RICK CALLAHAN, )
)
       Defendants. )

NOTICE OF REMOVAL

The defendant, the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, gives notice of the removal of this action to federal court pursuant to 28 U.S.C. § 2679(d)(2). As grounds for this removal, the defendant asserts that the United States has been substituted as the defendant and pursuant to 28 U.S.C. § 2679(d)(2), the action shall be removed to federal district court.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

Dated: June 21, 2004

                      By: _____
                           KAREN L. GOODWIN
                           Assistant U.S. Attorney
                           1550 Main Street
                           Springfield, MA 01103
                           (413) 785-0235

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Super 8 Motel
        21 Colraid Road
        Greenfield, MA 01301

                              Karen L. Goodwin
                              Assistant U.S. Attorney

# STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL

**For Court Use Only:** DOCKET NO. 04 41 SC 145

**Trial Court of Massachusetts — Small Claims Session**

☐ BOSTON MUNICIPAL COURT    ☒ DISTRICT COURT — Greenfield Division    ☐ HOUSING COURT — _____ Division

**PART 2 — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE**

Super 8 Motel
21 Colrain Rd.
Greenfield, MA 01301
PHONE NO: 413 774-5578

PLAINTIFF'S ATTORNEY (if any): _____

**PART 3 — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE**

Greenfield Post Office — MR. RICK CHLLAHALT
Greenfield, MA 01301
442 Main St. Greenfield

ADDITIONAL DEFENDANT (if any): _____

**PART 4 — PLAINTIFF'S CLAIM.** The defendant owes $260.00 plus $30.00 court costs for the following reasons:

Give the date of the event that is the basis of your claim.

Vacuum sent back to Co., AVM Enterprises, Inc., on May 6, 2003. The pkg. arrived on May 13, 2003, delivered by Post Office and documented in Ooltewah, TN 37363. The pkg has not been found as of March 9, 2004 after many investigations.

The Vacuum is a: ProTeam Pro-Lux Vacuum — Color Orange
Model # 1400

SIGNATURE OF PLAINTIFF X _[signature]_    DATE 03/09/04

[Stamp: 03/10/04 11:06AM 00145260 SMALL CLAIMS FILED — SUR-CHARGE]

**PART 5 — MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6 — MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☐ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.

☐ above defendant(s) is (are) serving in the military

X _____ SIGNATURE OF PLAINTIFF    DATE _____

**NOTICE OF TRIAL — NOTICE TO DEFENDANT:**

You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT:
Greenfield District Court
425 Main Street
Greenfield, MA 01301

DATE AND TIME OF TRIAL: 7/1/04 AT 1:15 p.m.

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED.

COURT USE ONLY

FIRST JUSTICE: Herbert H. Hodos     CLERK-MAGISTRATE OR DESIGNEE: Margaret E. Palmeri     ROOM NO: _____

**INSTRUCTIONS FOR FILING A SMALL CLAIM** — You must complete Parts 1-6 of this form. See instructions on reverse.

DC-SC-1 (01/02)     ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLES, OBTENGA UNA TRADUCCION.