COMMONWEALTH OF MASSACHUSETTS

FRANKLIN, ss.

TRIAL COURT OF
MASSACHUSETTS
SMALL CLAIMS SESSION

SUPER 8 MOTEL                              :
                                          :
            Plaintiff,                     :    No. 04-41-SC-145
                                          :    $\alpha$  04-30117 MAP
            v.                            :
                                          :
GREENFIELD POST OFFICE and                :
RICK CALLAHAN,                            :
                                          :
            Defendants.                    :

## NOTICE OF SUBSTITUTION

Please take notice that pursuant to 28 U.S.C. § 2679(d)(1),
the United States is hereby substituted for the defendants,
Greenfield Post Office and Rick Callahan.  The grounds for this
substitution are:

1.  The plaintiff alleges negligence claims against the
Greenfield Post Office and Rick Callahan, Greenfield Postmaster,
committed while Rick Callahan was acting within the scope of
his employment for the United States.

2.  The United States Attorney for the District of
Massachusetts, where the negligent conduct is alleged to have
occurred, has certified pursuant to 28 U.S.C. §§ 2679(d)(1) and
(2), and 28 C.F.R. § 15.3, that at the time of the conduct
alleged, Rick Callahan was acting within the scope of his
employment as an officer and employee of the United States.

3.  Upon certification that a federal employee was acting
within the scope of his office or employment at the time of the

incident out of which a state law claim arises, any civil action
based on the incident shall be deemed an action against the
United States, and the United States shall be substituted as the
sole defendant with respect to the state law claims.  28 U.S.C.
§ 2679(d)(1) and (2).

The Court is respectfully referred to the Certification of
Scope of Employment filed together with this notice.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:

KAREN L. GOODWIN
Assistant U.S. Attorney
1550 Main Street
Springfield, MA 01103
413-785-0235

Dated: June 21, 2004

CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was served on
Super 8 Motel, 21 Colrain Road, Greenfield, MA 01301.

Karen L. Goodwin
Assistant U.S. Attorney

2