COMMONWEALTH OF MASSACHUSETTS

FRANKLIN, ss.                              TRIAL COURT OF
                                           MASSACHUSETTS
                                           SMALL CLAIMS SESSION

SUPER 8 MOTEL                        :
                                     :
        Plaintiff,                   :    No. 04-41-SC-145
                                     :
        v.                           :    04-30117-MAP
                                     :
GREENFIELD POST OFFICE and           :
RICK CALLAHAN,                       :
                                     :
        Defendants.                  :
                                     :

## CERTIFICATION

I, Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority vested in the United States Attorney by the Attorney General under 28 C.F.R. § 15.3, hereby certify that on the basis of the information now available with respect to the incidents alleged in the plaintiff's complaint, that the individual defendant, Rick Callahan, was acting within the scope of her employment and office as an employee of the United States at the time of the incident out of which the plaintiff's claim arose.

                              For: _____
                                   MICHAEL J. SULLIVAN
                                   UNITED STATES ATTORNEY
                                   Acting U.S. Attorney 6/17/04

DATED: