**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

*Federal Building & Courthouse*      *Telephone (413) 785-0235*
*1550 Main Street, Room 310*              *Fax (413) 785-039.*
*Springfield, Massachusetts 01103-1422*

June 21, 2004

Margaret E. Palmari, Clerk
Greenfield District Court
Attn: Small Claims Session
425 Main Street
Greenfield, MA  01301

    Re: **Super 8 Motel v. Greenfield Post Office**
         **Civil Action No. 04-41-SC-145**

Dear Ms. Palmari:

    Enclosed for filing please find a certified copy of the Notice of Removal.  Please forward the certified copy of the records to the United States District Court for the District of Massachusetts, 1550 Main Street, Springfield, MA  01103.  If you have any questions, please call me at 785-0269.

    Thank you for your assistance.

                                Very truly yours,

                                MICHAEL J. SULLIVAN
                                United States Attorney

            By:
                                KAREN L. GOODWIN
                                Assistant U.S. Attorney

KLG/amw

Enclosures

RECEIVED

JUN 22 2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUPER 8 MOTEL, )
 )
       Plaintiff, )
 )
v. ) No. 04-30117-MAP
 )
GREENFIELD POST OFFICE and )
RICK CALLAHAN, )
 )
       Defendants. )

I HEREBY ATTEST AND CERTIFY ON 6/24/04
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE
AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE AND IN MY LEGAL CUSTODY.

CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY: _____

### NOTICE OF REMOVAL

The defendant, the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, gives notice of the removal of this action to federal court pursuant to 28 U.S.C. § 2679(d)(2). As grounds for this removal, the defendant asserts that the United States has been substituted as the defendant and pursuant to 28 U.S.C. § 2679(d)(2), the action shall be removed to federal district court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: June 21, 2004

By: _____
KAREN L. GOODWIN
Assistant U.S. Attorney
1550 Main Street
Springfield, MA 01103
(413) 785-0235

RECEIVED
JUN 2 ?

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    Super 8 Motel
    21 Colraid Road
    Greenfield, MA 01301

_____
Karen L. Goodwin
Assistant U.S. Attorney

JUN 2 2 2004

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only | DOCKET NO. 04 41 SC 145 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|---|

**PART 1**
☐ BOSTON MUNICIPAL COURT ☐ DISTRICT COURT Greenfield Division ☐ HOUSING COURT ___ Division

**PART 2** — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE
Super 8 Motel
21 Colrain Rd.
Greenfield, MA 01301
PHONE NO: 413 774-5578

PLAINTIFF'S ATTORNEY (if any)
Name: _____
Address: _____
PHONE NO: _____
BBO NO: _____

**PART 3** — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE
Greenfield Post Office MR. Rick CALLAHAN
Greenfield, MA 01301
442 Main St. Greenfield
PHONE NO: _____

ADDITIONAL DEFENDANT (if any)
Name: _____
Address: _____
PHONE NO: _____

**PART 4** — PLAINTIFF'S CLAIM. The defendant owes $260.00 plus $30.00 court costs for the following reasons: Give the date of the event that is the basis of your claim.

Vacuum sent back to Co., AVM Enterprises, Inc., on May 6, 2003. The pkg. arrived on May 13, 2003, delivered by Post Office and documented in Ooltewah, TN 37363. The pkg. has not been found as of March 9, 2004 after many investigations.

The Vacuum is a: ProTeam Pro-Lux Vacuum — Color Orange Model # 1400

SIGNATURE OF PLAINTIFF X _____ DATE 03/09/04

**PART 5 — MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6 — MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☐ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

X _____ SIGNATURE OF PLAINTIFF

**NOTICE OF TRIAL — NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.
If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.
SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT
Greenfield District Court
425 Main Street
Greenfield, MA 01301

DATE AND TIME OF TRIAL: 7/1/04 AT 1:15 p.m.
ROOM NO: _____

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

FIRST JUSTICE: Herbert H. Hodos
CLERK-MAGISTRATE OR DESIGNEE: Margaret E. Palmeri

TRUE COPY ATTEST Margaret E. Palmeri CLERK MAGISTRATE

**INSTRUCTIONS FOR FILING A SMALL CLAIM** — You must complete Parts 1-6 of this form. See instructions on reverse.

SC-1 (01/02)   ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.





TRUE COPY (ATTEST)

*Margaret E. Palmeri*
CLERK MAGISTRATE