AO458(Rev. 10/95) Appearance

SCANNED

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SUPER 8 MOTEL

v.

GREENFIELD POST OFFICE and
RICK CALLAHAN, Postamaster

**APPEARANCE**

Case Number: 04-30117-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case ~~for the Greenfield Post Office and Rick Callahan, Postamaster.~~ — United States of America for

I certify that I am admitted to practice in this court.

June 28, 2004
Date

Signature

Karen L. Goodwin
Print Name

549398
Bar Number

1550 Main Street, Room 310
Address

Springfield, MA 01103-1422
City            State            Zip Code

413-785-0269                     413-785-0394
Phone Number                     Fax Number