UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUPER 8 MOTEL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant ) | Case Number: 04CV30117-MAP |

### MOTION TO DISMISS

The United States, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to Fed. R. Civ. P. 12(b)(1), moves to dismiss the plaintiff's complaint. The court lacks subject matter jurisdiction because the plaintiff failed to file an administrative claim and the government has not waived its sovereign immunity for claims arising out of lost mail.

The undersigned Assistant U.S. Attorney certifies that she conferred with the pro se plaintiff, through its employee, K. Patel, but could not resolve the issues raised in this motion.

WHEREFORE, the United States respectfully requests that the court dismiss the complaint.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Karen L. Goodwin
KAREN L. GOODWIN
Assistant U.S. Attorney
1550 Main Street, Room 310
Springfield, MA 01103-1422
(413) 785-0269

DATED: June 28, 2004

## CERTIFICATION

  This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to the Super 8 Motel, 21 Colrain Road, Greenfield, MA 01301.

_____
Karen L. Goodwin