UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUPER 8 MOTEL,
    Plaintiff(s)

v.    CIVIL ACTION NO.  04-30117-MAP

UNITED STATES OF AMERICA,
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D.J.

**G**   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered for the Defendant pursuant to the endorsed order of the Court entered on August 16, 2004 granting the Defendant's motion to dismiss, no opposition having been filed.

TONY ANASTAS,
CLERK OF COURT

Dated:  August 17, 2004         By /s/  Mary Finn
                                                     Deputy Clerk

NOTE:  The post judgment interest rate effective this date is ____%.

(Judgment Civil.wpd - 11/98)                                                                              [jgm.]